# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by ___MC___ D.C.
ELECTRONIC

APR 12, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 12, 2013

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 12-16081-F
Case Style: Chukwuma Azubuko v. Judge Mark Coven, et al
District Court Docket No: 1:11-cv-23682-MGC

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald B. Frost, F
Phone #: (404) 335-6182

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-16081-F

_____

CHUKWUMA E. AZUBUKO,

                                                  Plaintiff-Appellant,

versus

JUDGE MARK S. COVEN,
in Individual and Official Capacity,
SARAH M. JOSS,
Assistant Attorney General, in
Individual and Official Capacity,
DAVID HARTNAGEL,
Assistant Attorney General, in
Individual and Official Capacity,
MICHELLE K. HINKLEY,
Assistant Corporate Counsel, in
Individual and Official Capacity,
STEPHEN C. PFAFF,
Attorney, in Individual and Official Capacity,

                                                  Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: HULL, MARCUS, and WILSON, Circuit Judges.

BY THE COURT:

      Appellant's November 19, 2012 notice of appeal is untimely to appeal from the district court's August 1, 2012 order denying his Fed.R.Civ.P. 60(b) motion. *See* Fed.R.App.P. 4(a)(1)(A). On limited remand, the district court denied Appellant's construed

motion to reopen the appeal period under Fed.R.App.P. 4(a)(6), finding that he was ineligible for such relief. *See* Fed.R.App.P. 4(a)(6). Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 27-2 and all other applicable rules.